UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
FEB 12 2014

******************************************************************

| | | |
|---|---|---|
| PENNY THORSON, | * | CIV 13-4007 |
| Plaintiff, | * | |
| vs. | * | ORDER OF DISMISSAL |
| BAETE-FORSETH, HVAC, LLC, | * | |
| Defendant. | * | |

******************************************************************

The Court has been advised that the parties resolved their dispute at a mediation held on February 12, 2014. Therefore, it is

ORDERED that this action is hereby dismissed with prejudice and without costs, each party to pay their own costs. Any party, on good cause shown on or before July 1, 2014, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't*, 437 F.3d 749 (8th Cir. 2006).

Dated this 12th day of February, 2014.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Colleen Schulte
Deputy